Office of the Clerk
United States Court of Appeals
for the Seventh Circuit
219 S. Dearborn Street
Chicago, IL 6064-1874

Jurijus Kadamovas
#21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

U.S.C.A. - 7th Circuit
RECEIVED
MAY 12 2021

May 10, 2021

Re: 20-1889, Jurijus Kadamovas v. T. J. Watson
Federal Death Row Habeas Corpus, PRO-SE.

Dear Clerk,

My name is Jurijus Kadamovas, I have file my appeal PRO-SE. The last entry on a docket was 07/21/20 order re: Motion for the court to take an action on the petitioner's appellant brief without order to file a new one.

Since then I did not received any court orders. Because I do not have an attorney and can not see a case docket I would like to ask your assistance. Can you tell me please if it was any new entry after 07/21/2020, what I have to do? If I have to do anything, but wait.

Thank you for your help and assistance.

Sincerely,

Jurijus Kadamovas.