# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## STATUS REPORT ORDER

July 12, 2021

*By the Court*:

| | |
|---|---|
| | JURIJUS KADAMOVAS,<br>                    Petitioner - Appellant |
| No. 20-1889 | v. |
| | T. J. WATSON, Warden,<br>                    Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:19-cv-00540-JPH-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon | |

Upon consideration of the **LETTER**, filed on May 12, 2021, by the pro se appellant,

**IT IS ORDERED** that each party shall file, on or before August 2, 2021, a status report confirming whether and when the appellant has moved in the sentencing court to vacate the criminal judgment, and what other steps (if any) the appellant is taking to obtain review in the sentencing court.

form name: **c7_StatusReportOrder**    (form ID: **127**)