Office of the Clerk
United States Court of Appeals
for the Seventh Circuit
219 S. Dearborn Street
Chicago, IL 6064-1874

Jurijus Kadamovas
#21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

August 6, 2021

RE: 20-1889, Jurijus Kadamovas v. T.J. Watson
Federal Death Row Habeas Corpus, Pro Se.

Dear Clerk,

My name is Jurijus Kadamovas. I have received Court's Status Report Order dated July 12, 2021, and on July 19, 2021 I have sent my Status Report with USPS Tracking # 9114 9023 0722 4095 3119 22. On August 6, 2021 Some one check USPS website with indicate that: Your package is moving within the USPS network and is on track to be delivered to its final destination.

Because the order for Status Report have the Death Line for August 2, 2021, I just would like to tell to Court that I all sent out my response on July 19, 2021, but if Court will not received it soon, please let me know and I will send other copy.

Thank you for your help and Assistance.

Sincerely,

Jurijus Kadamovas

U.S.C.A. — 7th Circuit
RECEIVED
AUG 12 2021