UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JURIJUS KADAMOVAS, | ) | USCA No. 20-1889 |
| | ) | |
| Petitioner-Appellant, | ) | Appeal from the United States |
| | ) | District Court for the Southern |
| v. | ) | District of Indiana, |
| | ) | Terre Haute Division |
| T. J. WATSON, *Warden,* | ) | |
| | ) | USDC No. 2:19-cv-00540-JPH-MJD-1 |
| Respondent-Appellee. | ) | James P. Hanlon, *District Judge.* |

APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the

Southern District of Indiana, by Brian Reitz, Assistant United States

Attorney for the Southern District of Indiana, and enters his appearance as

counsel for the Respondent-Appellee.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   s/ Brian Reitz
    Brian Reitz
    Assistant United States Attorney
    Office of the United States Attorney
    10 W. Market Street, Suite 2100
    Indianapolis, IN 46204-3048
    Telephone: (317) 226-6333
    Fax:  (317) 226-6125
    Email:  Brian.Reitz@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 6, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that a copy was mailed the following business day, by first class U.S. Mail, postage prepaid and properly addressed, to the following:

Jurijus Kadamovas
Reg. No. 21050-112
TERRE HAUTE – USP
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

s/ Brian Reitz

Brian  Reitz
Assistant United States Attorney

2