IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

U.S.C.A. — 7th Circuit
RECEIVED
APR 12 2023 LCP

## CASE No. 20-1889

Jurijus Kadamovas
PETITIONER - APPELLANT

V.

T.J. Watson, Warden
RESPONDENT - APPELLEE

| APPEAL FROM THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION
| No 2-19-cv-00540-JPH-HJS
| HONORABLE JAMES P. HANLON.

## MOTION TO COURT TO TAKE ACTION

Comes the petitioner Jurijus Kadamovas PRO SE, and for this cause of action states as follows:

Kadamovas respectfully gives notice to the court that more then 180 days have passed since the renew and supplement to the motion for court to take action on appelant brief No. 20-1889 Dou #19, filed on 3/28/22 has been submitted for a decision.

It has now been 9 months 2 years since Appellant brief was filed and ready for disposition. No apparent reasons exist for the delay in ruling on this brief. Failure to rule on the pending appeal - motion, unduly restricts Kadamovas's ability to pursue further and other remedies for relief, including Supreme court appeal.

"Delay of a post-conviction remedy may very well work a denial of due process," see United States v. Dogo 441 F. 3d 1238, 1248 (10TH Cir. 2006) (quoting Kelly v. Crouse, 352 F.2d 506 (10TH Cir 1965)) (per curiam).

FURTHER DELAY IN THE DISPOSITION OF THE APPELANT BRIEF IS UNNECCESSARY AND CONTRARY TO KADAMOUAS' RIGHT TO RELIEF IN A REASONABLE PERIOD OF TIME.

KADAMOUAS RESPECTFULLY REQUESTS THE COURT TO CONSIDER AND RULE ONE THE PENDING APPELATE BRIEF WITHOUT ANY FURTHER DELAY AND GRANT HIM THE RELIEF REQUESTED THEREIN.

DATED 10 OF APRIL 2023

RESPECTFULLY SUBMITED

JURIJUS KADAMOUAS PRO SE,

DECLARATION OF MAILING

THE UNDERSIGNED DOES ATTEST UNDER PENS OF PURJURY THAT HI AND MAIL THIS ORIGINAL MOTION TO COURT TO TAKE ACTION" TO THE COURT OF APPEALS FOR THE SEVENTH CIRCUIT 219 SOUTH DEARBOR STREET, CHICAGO ILLINOIS 60604-1874 WITH U.S. MAIL, SUFFICIENT FIRST CLASS POSTAGE ATTACHED THERED AND MAIL ON THIS 10 APRIL 2023 DAT

JURIJUS KADAMOUAS
# 21050-112
USP TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808

JURIJUS KADAMOUAS

2.