UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| JURIJUS KADAMOVAS, | ) | USCA No. 20-1889 |
|---|---|---|
| | ) | |
| Petitioner-Appellant, | ) | Appeal from the United States |
| | ) | District Court for the Southern |
| v. | ) | District of Indiana, |
| | ) | Terre Haute Division |
| J. WADAS, *Warden*, | ) | |
| | ) | USDC No. 2:19-cv-00540-JPH-MJD |
| Respondent-Appellee. | ) | James P. Hanlon, *District Judge.* |

## RESPONDENT-APPELLEE WADAS'S
## MOTION FOR LEAVE TO TRANSFER PRISONER

Respondent-Appellee J. Wadas[1] ("the government") respectfully requests leave pursuant to Rule 23(a) of the Federal Rules of Appellate Procedure to transfer Petitioner-Appellant Jurijus Kadamovas. In support of this motion, the government states:

1. Kadamovas appeals from the dismissal of his petition for a writ of habeas corpus under 28 U.S.C. § 2241. Kadamovas has filed a *pro se* brief in this Court. (CA7 D. 4.)

2. Kadamovas is currently in the custody of Warden Wadas at USP Terre Haute. Counsel for the Bureau of Prisons has informed the

---

[1] Following the filing of this case, there has been a change in the occupant of the office of warden. Originally, the occupant was T. J Watson. Now, J. Wadas is the acting warden. The government hereby informs the Court of this change. *See* C.R. 43; Fed. R. App. P. 43(c)(2).

undersigned that Kadamovas has been designated to move to USP Florence ADMAX.

3. If this Court grants this motion (and if it does not dispose of this matter prior to any transfer), the government will notify this Court of the identity of Kadamovas's new custodian once the transfer is complete. *See* Fed. R. App. P. 43(c); Circuit R. 43.

For these reasons, the government respectfully requests leave to transfer Kadamovas.

        Respectfully submitted,

        THOMAS E. WHEELER II
        United States Attorney

By: */s/ Brian Reitz*
     Brian Reitz
     Assistant United States Attorney

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 269 words. This motion was prepared using Microsoft Word for Office 365 software. In making this certification I have relied upon the word-count feature of Microsoft Word for Office 365.

/s/ *Brian Reitz*
Brian Reitz
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that a copy was mailed the following business day, by first class U.S. Mail, postage prepaid and properly addressed, to the following:

    Jurijus Kadamovas
    Reg. No. 21050-112
    TERRE HAUTE – USP
    United States Penitentiary
    P.O. Box 33
    Terre Haute, IN 47808

    */s/ Brian Reitz*
    Brian Reitz
    Assistant United States Attorney
    Office of the United States Attorney
    10 West Market Street, Suite 2100
    Indianapolis, Indiana 46204-3048
    Telephone: (317) 229-2434
    Email: Brian.Reitz@usdoj.gov